SCOTT N. SCHOOLS (SCBN 9990)
Interim United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234
    E-mail: julie.arbuckle@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0102 PJH |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | EXCLUDING TIME |
| v. ) | |
| ) | |
| JOSE GUADALUPE ANGUIANO- ) | |
| GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On April 4, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from April 4, 2007 to April 25, 2007 for effective preparation of defense counsel in that he needs additional information regarding defendant's mental competency, and whether any proceeding to determine defendant's mental competency is appropriate. Additionally, the parties represented that granting the continuance was the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B). The parties also agreed that the ends

Stipulation and [Proposed] Order Excluding Time - CR 07-0102 PJH      1

1  of justice served by granting such a continuance outweighed the best interests of the public and
2  the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
3  SO STIPULATED:

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney

DATED: April 4, 2007                      _____/s/_____
                                                    JULIE A. ARBUCKLE
                                                    Assistant United States Attorney

DATED: April 4, 2007                      _____/s/_____
                                                    JOSH COHEN
                                                    Attorney for Defendant Jose Anguiano-Gonzalez

    As the Court found on April 4, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from April 4, 2007 to April 25, 2007 for effective preparation of defense counsel. See 18 U.S.C. §3161(h)(8).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B).

SO ORDERED.

DATED: 4/9/07                             _____
                                                    Phyllis J. Hamilton
                                                    United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton