1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ANGUIANO-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-0102 PJH |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S MOTION AND [~~PROPOSED~~] ORDER GRANTING MOTION TO STAY ORDER RE: COMPETENCY EVALUATION |
| v. | ) | |
| JOSE ANGUIANO-GONZALEZ, | ) | |
| Defendant. | ) | |

On May 30, 2007, this Court indicated its intention to issue an order that the defendant be transported to a Bureau of Prisons facility for a competency evaluation. The Court granted defense counsel's request that any such order be stayed for 48 hours to permit the defendant to consider how to proceed.

Defendant now respectfully moves the Court to further stay its order until the parties' next scheduled appearance on June 27, 2007. This continuance will permit defense counsel to review the medical and mental-health records produced by the California Department of Corrections in response to the defendant's subpoena; to obtain further information concerning the course of treatment that the defendant recently began receiving at Santa Rita Jail; and to assess the defendant's progress in response to treatment.

CR-07-0102 PJH; DEF.'S MOT. TO
CONTINUE EVALUATION ORDER           1

The defendant does not oppose an exclusion of time under the Speedy Trial Act for these purposes. Specifically, the defendant is amenable to an exclusion of time for effective preparation of counsel given the new information that has recently become available concerning the defendant's mental health.

Dated: May 31, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s

JOSH COHEN
Assistant Federal Public Defender

**ORDER**

Accordingly, and for good cause shown, defendant's motion to stay is hereby granted. This Court's order that the defendant be transported to a Bureau of Prisons facility for a competency evaluation shall be stayed pending further proceedings in this matter on June 27, 2007 at 1:30 PM.

IT IS SO ORDERED.

Dated: 6/1/07

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton