SCOTT N. SCHOOLS (SCBN 9990)
Interim United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102
   Facsimile: (415) 436-7234
   E-mail: julie.arbuckle@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>JOSE GUADALUPE ANGUIANO- )<br>GONZALEZ, )<br>)<br>   Defendant. )<br>_____ ) | CR No. 07-0102 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |

    On May 30, 2007, the parties in this case appeared before the Court and stipulated that pursuant to 18 U.S.C. § 3161(h)(1)(A), (h)(1)(F) & (h)(1)(J), the period of time from May 23, 2007 to June 27, 2007 should be excluded from the Speedy Trial Act calculations in light of the pending proceedings to determine Defendant's mental competency, the government's pretrial motion to clarify the Court's order regarding Defendant's mental competency examination, and the Court's taking such motion under advisement. The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

Stipulation and [Proposed] Order Excluding Time - CR 07-0102 PJH         1

1  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
2  SO STIPULATED:

                                         SCOTT N. SCHOOLS
                                         United States Attorney

DATED: May 30, 2007                  _____/s/_____
                                         JULIE A. ARBUCKLE
                                         Assistant United States Attorney

DATED: May 30, 2007                  _____/s/_____
                                         JOSH COHEN
                                         Attorney for Defendant Jose Anguiano-Gonzalez

As the Court found on May 30, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from May 23, 2007 to June 27, 2007 pursuant to 18 U.S.C. §3161(h)(1)(A), (h)(1)(F) & (h)(1)(J).  The ends of justice served by granting such a continuance also outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: 6/4/07                                           _____
                                           Phyllis J. Hamilton
                                           United States District Judge

[STAMP: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]