SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> JOSE ANGUIANO-GONZALEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Criminal No. CR 07-0102 PJH <br><br> **[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 7, 2007 TO DECEMBER 5, 2007** |

     The parties appeared before the Honorable Phyllis J. Hamilton on November 7, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 7, 2007 to December 5, 2007, in light of the need for the parties to evaluate the mental competency evaluation of the defendant and determine what effect the medication he recently started taking is having on him. This period of time is excludable under 18 U.S.C. § 3161(h)(1)(A).

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0102 PJH**

2. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 7, 2007 to December 5, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(A).

IT IS SO STIPULATED.

DATED: 11/26/07   /s/
JODI LINKER
Counsel for Jose Anguiano-Gonzalez

DATED: 11/24/07   /s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 11/27/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME**
**CR 07-0102 PJH**                    2